ADR

Clear Form

**Filed**

MAR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C/PVT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**C08 01272 PVT**

James Chan Bush, Plaintiff,

vs.

Cloudmark, Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, James M. Bush, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?          Yes ____  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _Landmark ($50 p/x)_
3  _____
4  _____

5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.    Business, Profession or              Yes _X_ No ___
8           self employment?

9      b.    Income from stocks, bonds,        Yes ___ No _X_
10          or royalties?

11     c.    Rent payments?                     Yes ___ No _X_

12     d.    Pensions, annuities, or               Yes ___ No _X_
13          life insurance payments?

14     e.    Federal or State welfare payments,   Yes _X_ No ___
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each. _a._
19 _c._ _~~$~~ $140 p/m / e-$140 (EBT)_
20 _____

21 3. Are you married?                               Yes ___ No _X_
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.     a.    List amount you contribute to your spouse's support: $ _____
27     b.    List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.  Do you own or are you buying a home?  Yes ___ No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.  Do you own an automobile?  Yes ___ No _X_
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.  Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s):  $ _____
14 Do you own any cash?  Yes ___ No _X_  Amount: $ _____
15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 market value.)  Yes ___ No _X_
17 _____
18 8.  What are your monthly expenses?
19 Rent: $ _____ Utilities: _____
20 Food: $ _____ Clothing: _____
21 Charge Accounts:
22 Name of Account          Monthly Payment          Total Owed on This Account
23 _____               $ _____             $ _____
24 _____               $ _____             $ _____
25 _____               $ _____             $ _____
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28                              No

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-4-08

DATE                              SIGNATURE OF APPLICANT

- 4 -