# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

James Alan Bush

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 08-01272PVT

V.

Cloudmark, et al

TO:

Jamie DeGuerre

128 King Street

2nd Floor

San Francisco, CA 94107

**ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

James Alan Bush
1745 De Marietta Avenue
#3
San Jose, CA 95126

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

March 17, 2008
DATE

Betty Walton
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

☐  Other *(specify):* _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                *Date*          *Signature of Server*

_____
*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.