UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

# PRO SE ECF REGISTRATION

YOU MAY FILE A CIVIL CASE WHICH WILL BE ASSIGNED THE ELECTRONIC CASE FILING (ECF) PROJECT, PURSUANT TO LOCAL RULE 5-4 AND GENERAL ORDER 45, COPIES OF WHICH MAY BE FOUND ON THE ECF SITE. IF YOU FILE A CIVIL CASE WHICH MEET THE CRITERIA SET FORTH IN GENERAL ORDER 45, **ALL** DOCUMENTS IN THAT CASE WILL BE FILED ELECTRONICALLY ON THE COURT'S WEB SITE AT: **http://ecf.cand.uscourts.gov**

To get a login and password for access to the ECF system,
you must complete **BOTH** of these steps:

1. **Fill out this form completely (besides signature) on your computer, save it, and email it to: ECFREG@cand.uscourts.gov**  (Do NOT send in PDF)

    AND...

2. **Print out this form, SIGN IT and return this ORIGINAL to the address listed below.**

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

| Field | Value | |
|---|---|---|
| **LAST** NAME : | Bush | |
| MIDDLE NAME : | Alan | |
| **FIRST** NAME : | James | |
| SUFFIX (Jr., Snr., Esq., etc.) : | | (Optional) |
| LOGIN (must be LAST name PLUS 2 letters AND 2 numbers) : | bushja34 | Example: **smithxy45** |
| COMPANY NAME : | | (Optional) |
| ADDRESS 1 : | 1745 De Marietta Avenue #3 | |
| ADDRESS 2 : | | |
| ADDRESS 3 : | | |
| CITY : | San Jose | |
| STATE (2 letter code) : | CA | ZIP : 95126 |
| TELEPHONE : | (408) 982-3272 | |
| CASE NUMBER : | C08-01272 | DATE OF ORDER GRANTING E-FILING: 3-15-08 |
| CASE NAME : | Bush v. Cloudmark | |
| E-MAIL ADDRESS (for service of electronically filed papers) : | theo_knock@yahoo.com | |

Your "Keys" are used to identify you to our support personnel should you lose your password.
*An example could be...* Q: "What is my dog's favorite food?" A: "Lasagna"

| | |
|---|---|
| KEY QUESTION : | What is Scratchen's favorite flavor of Tender Vittles? |
| KEY ANSWER : | None. |
| SIGNATURE: *[signed]* | DATE: 3-31-08 |

| | |
|---|---|
| Email the completed form THEN YOU MUST ALSO return the ink-signed original of this form (copies are not accepted) via delivery or mail to: | Clerk's Office, U. S. District Court<br>E-Filer Registration<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

WE WILL EMAIL YOUR PASSWORD WITHIN THREE BUSINESS
DAYS OF OUR RECEIPT OF BOTH YOUR EMAIL AND THIS FORM.