1 DENNIS M. BROWN, Bar No. 126575
MARYAM S. KARSON, Bar No. 221184
2 LITTLER MENDELSON
A Professional Corporation
3 50 West San Fernando Street
15th Floor
4 San Jose, CA 95113.2303
Telephone: 408.998.4150
5

Attorneys for Defendants
6 CLOUDMARK, INC.; KIM MOSS; JAMIE DE
GUERRE; AND MIKE SMITH
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11 JAMES ALAN BUSH,      Case No. C08 01272 PVT

12      Plaintiff,      **DEFENDANTS' REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF**
13    v.      **MOTION TO DISMISS, OR IN THE
ALTERNATIVE, FOR SUMMARY**
14 CLOUDMARK, KIM MOSS, TOM DOE    **JUDGMENT**
1, MIKE SMITH, JAMIE DE GUERRE,
15 AND DOES 2 TO 5, INCLUSIVE,      **Date:**    **May 27, 2008**
     **Time:**    **10:00 a.m.**
16      Defendants.      **Courtroom: 5**

17      THE HONORABLE PATRICIA V.
TRUMBULL, MAGISTRATE JUDGE
18

19      Pursuant to the Federal Rules of Evidence, Rule 201(b)(2), Defendants Cloudmark,

20 Inc., Kim Moss, Jamie De Guerre, and Mike Smith, hereby respectfully request from this Court to

take judicial notice of the following:

21      1.      Defendant Cloudmark, Inc.'s Certificate of Incorporation filed in the state of

22 Delaware on December 10, 2001, a true and correct copy of which is attached as Exhibit "A" to the

23 Declaration of Kimberly Moss;

24      2.      Defendant Cloudmark, Inc.'s Certificate of Qualification issued by former

25 Secretary of State Bill Jones, a true and correct copy of which (including attachments thereto) is

26 attached as Exhibit "B" to the Declaration of Kimberly Moss.

27      3.      The fact that Plaintiff is a Caucasian male.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408 998 4150

(NO. C08 01272 PVT )
FIRMWIDE:84638292.1 610000.1230

REQUEST FOR JUDICIAL NOTICE

1        4.      The fact that on March 15, 2005, Plaintiff signed a Severance Agreement and

2    Release with respect to any claims he may have against Defendants in connection with his

3    employment at Cloudmark, Inc.  A true and correct copy of this Agreement is attached as Exhibit

4    "C" to the Declaration of Kimberly Moss.

5        This Court has the authority to take judicial notice of the corporate documents set

6    forth in paragraphs 1 and 2 of this Notice because certified public records that are kept by the

7    Secretary of State fall directly into the category of items considered proper for judicial notice by the

8    Court.  *Grassmueck v. Barnett*, 281 F. Supp. 2d 1227, 1232 (2003).  *Accord, Alberts v. Tuft (In re*

9    *Greater Southeast Cmty. Hosp. Corp.)*, 333 B.R. 506, 527, n. 25 (2005).

10        This Court has the authority to take judicial notice of the fact that Plaintiff is a

11    Caucasian male, because this fact is capable of accurate and ready determination by observing

12    Plaintiff's physical appearance when he appears in person before this Court, by reviewing relevant

13    public records, or by observing Plaintiff on Youtube, at http://www.youtube.com/watch?v=

14    YiBaEmTgUi8.

15        This Court has the authority to take judicial notice of the fact that on March 15, 2005

16    Plaintiff signed the Severance Agreement and Release discussed in paragraph 4 of this Notice,

17    because this fact is capable of accurate and ready determination by comparing Plaintiff's signature

18    on the pleadings filed with this Court, with his signature on the Severance Agreement and Release.

19    See Fed. Rules Evid., Rules 201(b)(2) and 901(b)(2).

20    Dated: April *16*, 2008                    Respectfully submitted,

21

22                                          _____
                                           DENNIS M. BROWN
23                                          MARYAM S. KARSON
                                           LITTLER MENDELSON
24                                          Attorneys for Defendants
                                           CLOUDMARK, INC.; KIM MOSS; JAMIE DE
25                                          GUERRE; AND MIKE SMITH

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113 2303
408 998 4150

(NO. C08 01272 PVT )                    2.
FIRMWIDE:84638292.1 610000.1230

REQUEST FOR JUDICIAL NOTICE