1  DENNIS M. BROWN, Bar No. 126575
   MARYAM S. KARSON, Bar No. 221184
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:   408.998.4150
5
   Attorneys for Defendants
6  CLOUDMARK, INC.; KIM MOSS; JAMIE DE
   GUERRE; AND MIKE SMITH
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11 | JAMES ALAN BUSH,                | Case No.  C08 01272 PVT
12 |           Plaintiff,            | **[PROPOSED] ORDER IN SUPPORT OF
                                     | MOTION TO DISMISS, OR IN THE
13 |      v.                         | ALTERNATIVE, FOR SUMMARY
                                     | JUDGMENT**
14 | CLOUDMARK, KIM MOSS, TOM DOE
   | 1, MIKE SMITH, JAMIE DE GUERRE,
15 | AND DOES 2 TO 5, INCLUSIVE,
16 |           Defendants.

17        On May 27, 2008, in Courtroom 5 of the above-entitled Court, the motion of
18 Defendants Cloudmark, Inc., Kim Moss, Jamie De Guerre, and Mike Smith ("Defendants") to
19 dismiss Plaintiff's action with prejudice under Federal Rules of Procedure, Rules 12(b)(1) and
20 12(b)(6), or in the alternative, for summary judgment pursuant to Rules 12(d) and 56, came on
21 regularly for hearing in the above-captioned matter.  Defendants appeared through counsel Dennis
22 M. Brown and Maryam S. Karson.  Plaintiff appeared in pro per.
23        The Court, having considered the points and authorities in support of and in
24 opposition to the motion, and having considered all of the evidence and contentions in the Court's
25 files and records in this matter and the oral argument of counsel and Plaintiff, finds that Plaintiff's
26 Complaint fails to state any claim upon which relief may be granted, or alternatively, finds that there
27 is no genuine issue as to the following material facts and Defendants are entitled to judgment as a
28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408 998 4150

(NO. C08 01272 PVT )
FIRMWIDE:84637904.1 610000.1230

[PROPOSED] ORDER

matter of law, based on the following findings:

1. On March 15, 2005, Plaintiff signed a valid Severance Agreement and Release of All Claims. The claims pleaded in the Complaint are within the scope of the release signed by Plaintiff. As such, Plaintiff is permanently barred from litigating his claims against Defendants.

2. Plaintiff's claims based on the California Fair Employment and Housing Act and the Americans with Disabilities Act are time-barred. This is so, because Defendants' allegedly unlawful conduct took place almost three years prior to the filing of Plaintiff's Complaint and the applicable statute of limitations with respect to Plaintiff's claims expired prior to the filing of his Complaint. Additionally, Plaintiff did not exhaust his administrative remedies prior to filing suit and is now time-barred from doing so.

3. Plaintiff's Complaint fails to state a claim upon which relief may be granted, because viewed in the light most favorable to Plaintiff, Plaintiff has failed to plead the essential elements of his FEHA and ADA-based claims. Additionally, Plaintiff's claims based on the Civil Rights Act solely rely upon his status as a clinically depressed homosexual contracted with the Acquired Immune Deficiency Syndrome. In light of the facts that Plaintiff is a Caucasian male and 42 U.S.C. sections 1981, 1983 and 1985 only protect individuals who allege racial discrimination, Plaintiff's claims are subject to dismissal with prejudice.

4. Defendant Cloudmark, Inc. is a private corporation and is not affiliated with any federal, state, or local governmental agency.

5. This Court does not have subject-matter jurisdiction to entertain Plaintiff's ADA-based claims.

**IT IS HEREBY ORDERED** that Plaintiff's entire action be dismissed with prejudice as to each and every Defendant in this action. Alternatively, it is ordered that summary judgment be granted in favor of each and every Defendant in this action.

**SO ORDERED.**

Date:_____

THE HONORABLE PATRICIA V. TRUMBULL,
MAGISTRATE JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408.998.4150

(NO. C08 01272 PVT)
FIRMWIDE:84637904.1 610000.1230

2.