UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAMES ALAN BUSH, | ) | Case No.: C 08-01272 PVT |
| Plaintiff, | ) ) | **ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| CLOUDMARK, ET AL., | ) ) | |
| Defendant. | ) ) | |

On April 16, 2008, defendants Cloudmark, Kim Moss, Tom Doe 1, Mike Smith and Jamie De Guerre (collectively "defendants") moved to dismiss the complaint, or alternatively, moved for summary judgment. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than May 2, 2008, plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available

1   from the clerk of the court, or from the Forms (Civil) section of the court's website at
2   www.cand.uscourts.gov.
3   Dated:     April 17, 2008

*Patricia V. Trumbull*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1  Copies of order mailed on April 17, 2008 to the following:

2  James Alan Bush
   1745 De Marrietta Avenue, #3
3  San Jose, CA 95126

4
                                                    _____EHP_____
5                                                   Chambers of U.S. Magistrate Judge
                                                    Patricia V. Trumbull