UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>           Plaintiff,<br><br>   v.<br><br>CLOUDMARK, ET AL.,<br><br>           Defendant. | Case No.: C 08-01272 PVT<br><br>**ORDER FOR REASSIGNMENT TO U.S. DISTRICT COURT JUDGE** |

On April 16, 2008, defendants Cloudmark, Kim Moss, Tom Doe 1, Mike Smith and Jamie De Guerre (collectively "defendants") moved to dismiss the complaint, or alternatively, moved for summary judgment. On April 17, 2008, the court ordered the parties to file their consent or declination to proceed before a magistrate judge no later than May 2, 2008. Defendants timely filed their consent. Plaintiff has filed neither his consent nor his declination to proceed before a magistrate judge.

Accordingly, the above-captioned case shall be reassigned to a U.S. District Court Judge. Defendants' pending motion to dismiss is taken off calendar and shall be re-noticed before the newly assigned U.S. District Court Judge.

IT IS SO ORDERED.

Dated:   *May 13, 2008*

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1 | Copies of order mailed on May 13, 2008 to the following:

2 | James Alan Bush
  | 1745 De Marrietta Avenue, #3
3 | San Jose, CA 95126

4

       _____EHP_____
       Chambers of U.S. Magistrate Judge
5        Patricia V. Trumbull

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*