United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALAN BUSH, | No. C 08-01272 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |
| CLOUDMARK, ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment a Case Management Conference has been set before Judge James Ware on **September 15, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **September 5, 2008.** The parties are to Notice or ReNotice any motions on any available MONDAY before Judge Ware starting September 15, 2008 at 9:00 AM and onward. The Notice of any new Motion(s) or ReNotice of Motion(s) should be filed in accordance to the Civil Local Rules. If the noticed hearing date becomes unavailable, the Court will move the Motion to the next available hearing date by way of Clerk's Notice. Further scheduling information is available on the Court's website at www.cand.uscourts.gov or by contacting the Courtroom Deputy at (408) 535-5356.

Dated: May 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia

1                                          Courtroom Deputy