*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" stamp signed by Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>           Plaintiff,<br><br>     v.<br><br>CLOUDMARK, KIM MOSS, TOM DOE 1, MIKE SMITH, JAMIE DE GUERRE, AND DOES 2 TO 5, INCLUSIVE,<br><br>           Defendants. | Case No.  C08 01272 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the Motion to Dismiss currently set for hearing on September 22, 2008, the Court VACATES the Case Management Conference presently scheduled for September 15, 2008.  The Court will set a new conference date in its Order addressing Defendants' Motion to Dismiss, if necessary.

Dated:  September 11, 2008

_____
JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES ALAN BUSH,

        Plaintiff,

  v.

CLOUDMARK, ET AL. et al,

        Defendant.

Case Number: CV08-01272 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Alan Bush
1745 De Marietta Avenue
#3
San Jose, CA 95126

Dated: September 11, 2008

                                Richard W. Wieking, Clerk

                                By: Elizabeth C. Garcia, Deputy Clerk